FILED
ASHEVILLE, N.C.
AUG 05 2020
U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:20cr85 |
| | ) | |
| v. | ) | **BILL OF INDICTMENT** |
| | ) | |
| JASON MICHAEL MILES | ) | Violations: |
| a/k/a "PURSEANON" | ) | 18 U.S.C. § 2252A(a)(2)(A) |
| | ) | 18 U.S.C. § 2252A(a)(5)(B) |

**THE GRAND JURY CHARGES:**

**COUNT ONE**

On or about February 26, 2018, in Rutherford County, within the Western District of North Carolina, and elsewhere

**JASON MICHAEL MILES**
**a/k/a "PURSEANON"**

did knowingly distribute and attempt to distribute, any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, and using any means or facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and did attempt to do so.

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT TWO

One or about April 30, 2018, in Rutherford County, within the Western District of North Carolina and elsewhere,

**JASON MICHAEL MILES**
**a/k/a "PURSEANON"**

knowingly received and attempted to receive child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been mailed, using any means and facility of interstate and foreign commerce, and that has been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT THREE

On or about May 31, 2018, in Rutherford County, within the Western District of North Carolina, and elsewhere

**JASON MICHAEL MILES**
**a/k/a "PURSEANON"**

knowingly possessed and accessed with intent to view any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor and a minor who had not attained 12 years of age, that has been mailed, and shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed, and shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 18 U.S.C. § 2253 and 21 U.S.C. § 853. The following property is subject to forfeiture in accordance with 18 U.S.C. § 2253 and 21 U.S.C. § 853:

a. Any visual depiction or book, magazine, periodical, film, videotape, or other matter which contains any such depiction, which was produced, transported, mailed, shipped, or received during the violations set forth in this bill of indictment;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from proceeds of the violations;

c. Any property, real or personal, used or intended to be used to commit or promote the violations; and

d. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a), (b) and (c).

The Grand Jury finds probable cause to believe that the following property that was seized on or about May 31, 2018, during the course of the investigation of the offenses herein is subject to forfeiture on one or more of the grounds stated above: one (1) SanDisk 1.0GB USB; one (1) Lexar 4GB USB; and one (1) Toshiba 4GB USB, all seized during the course of the investigation.

A TRUE BILL:

REDACTED

R. ANDREW MURRAY
UNITED STATES ATTORNEY

ALEXIS SOLHEIM
SPECIAL ASSISTANT UNITED STATES ATTORNEY