UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | DOCKET NO. 1:20-CR-85 |
| v. ) | |
| ) | **FACTUAL BASIS** |
| JASON MICHAEL MILES ) | |
| a/k/a "PURSEANON" ) | |

NOW COMES the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the plea agreement filed simultaneously in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to the plea agreement, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

On February 24, 2018, Queensland, New Zealand investigators ("NZ investigators") became aware of an individual, later identified as Jason Michael MILES, utilizing the username "PURSEANON" to post images to a foreign image

hosting website. Using the username PURSEANON, MILES had posted approximately fifteen (15) photo albums containing covertly taken images of young girls in public places. One such album titled "GIRL AT CVS" contained GPS data indicating that the images had been taken at a CVS convenience store located in Morganton, North Carolina.

On February 25, 2018, NZ investigators began undercover communications with MILES. Over the course of approximately two days the undercover investigator communicated with MILES about his interest in children. An open source investigation revealed that PURSEANON was Jason Michael MILES, residing in Forest City, Rutherford County, North Carolina within the Western District of North Carolina. As a result of this identification, the case was transferred to Homeland Security Investigations ("HSI"), Hendersonville.

On May 31, 2018, HSI special agents executed a search warrant at MILES's residence in Rutherford County. During the execution of the search warrant multiple electronic devices were seized, including a Lexar 4GB USB manufactured in China. A forensic analysis was conducted on this device, and it was discovered that on April 30, 2018, approximately forty (40) video files depicting child pornography had been downloaded by MILES from the Internet directly to the USB, thus constituting the receipt of child pornography.


R. ANDREW MURRAY
UNITED STATES ATTORNEY

_____
For Alexis I. Solheim
SPECIAL ASSISTANT UNITED STATES ATTORNEY

## Defendant's Counsel's Signature and Acknowledgment

    I have read this Factual Basis, the Bill of Indictment, and the plea agreement in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis, the Bill of Indictment, and the plea agreement. I hereby certify that the defendant does not dispute this Factual Basis.

_____  DATED: 2/11/21
Mary Ellen Coleman, Attorney for Defendant

3